**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RICKY ROGERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO. 5:09-CV-313 (MTT)** |
| **VS.** | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| | : | **SOCIAL SECURITY APPEAL** |
| **Defendant.** | : | |
| | : | |

## ORDER

Plaintiff Ricky Rogers has filed a Motion to Require the Defendant to Supplement the Administrative Transcript and to Stay the Filing of Briefs. Doc. 13. In his Motion, Plaintiff states that the Commissioner's approval of a subsequently filed application for SSI benefits constitutes new and material evidence warranting remand of his instant claim. As such, and upon the assertion that he does not possess the relevant documents, he asks the Court for an order requiring the Commissioner to supplement the record in this case with a certified copy of the subsequent claim file containing the underlying evidence and social security rationales that led to his being approved for benefits. In addition, Plaintiff asks that the briefing schedule in this matter be stayed until such time as the record has been supplemented.

On review of these requests, and in an effort to afford Plaintiff an opportunity to fully develop his claims, his Motion is **GRANTED**. The Commissioner is directed to supplement the record in this case by filing a copy of Plaintiff's subsequently approved claim file on or before **April 11, 2011.** Thereafter, Plaintiff shall have thirty days in which to file a brief in support of his Complaint.

**SO ORDERED** this 23rd day of February, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge